

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00179-CR

_____

WILLIE JAMES ROBERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 06-0458X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Willie James Roberson, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Roberson and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P.  42.2(a).  As authorized by Rule 42.2, we grant the motion.  *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice

Date Submitted:     January 3, 2007
Date Decided:       January 4, 2007

Do Not Publish